# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3042

_____

United States of America,      *
                               *
            Appellee,          *
                               *   Appeal from the United States
     v.                        *   District Court for the Western
                               *   District of Missouri.
Randall Brian Jarvis, also known as   *
Christopher Michaelson, also known    *        [UNPUBLISHED]
as Josiah Richards, also known as     *
Order of Jesus Christ's Disciples, also   *
known as Order of Christian            *
Disciples, also known as Church of     *
Jesus Christ Disciples, also known as  *
Christian Disciples International,      *
                               *
            Appellant.         *

_____

Submitted: May 21, 2004
Filed: May 27, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Randall Brian Jarvis (Jarvis) appeals the district court's[1] order granting the government a default judgment against him for a permanent injunction. We conclude that the court did not abuse its discretion. See Forsythe v. Hales, 255 F.3d 487, 490 (8th Cir. 2001) (standard of review). Jarvis failed to respond to the complaint; thereafter, in violation of court rules, he attempted to submit by facsimile his response to the government's motion for a default order, and then did not cure the problem by submitting a proper filing after the court informed him that his facsimile would not be accepted; and he did not respond to the court's two show-cause orders. Jarvis's arguments on the merits are thus irrelevant. See Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996); Brown v. Kenron Aluminum & Glass Corp., 477 F.2d 526, 531 (8th Cir. 1973).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.